# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4635
E-MAIL: Bburke@rubinfiorella.com

October 27, 2009

Hon. A. Kathleen Tomlinson
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

*VIA ECF FILING*

      Re:   **QURESHI v. GLEN COVE MARINA,**
              09-CV-2355(JFB)(ATK)
              Our File No: 677-12389

Dear Magistrate Tomlinson:

      We represent Plaintiff's in the above-reference litigation and write as ordered regarding the exchange electronically stored information ("ESI"). We write with the consent of our adversary.

      The parties have come to the following agreement regarding ESI:

      The parties shall disclose ESI in paper format. If the party receiving the paper document desires the electronic version of a document, including metadata, a request shall be made in writing for such information in electronic form. Within 30 days of being demanded, the party to whom the request for ESI has been made shall either furnish to the requesting party a CD-ROM with said information, or respond with any objections or assertions of privilege.

                                    Very truly yours,

                                    **RUBIN, FIORELLA & FRIEDMAN LLP**

                          By: _/s/ Brendan Burke_
                                  Brendan Burke
                                  *Attorneys for Plaintiff,*
                                  *Mohammed Rashid Qureshi*

TO:   *VIA ECF*

     NICOLETTI HORNING & SWEENEY
     88 Pine Street, 7th Fl
     New York, NY 10005
     Attn: William M. Fennell

RUBIN, FIORELLA & FRIEDMAN LLP