# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
292 Madison Avenue, 11th Floor
New York, New York   10017
Tel: (212) 953-2381 / Fax: (212) 953-2462

June 15, 2010

*<u>Via Electronic Filing</u>*

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 900
Central Islip, New York 11722-9014

    Re:    <u>**Qureshi v. Glen Cove Marina**</u>
           <u>**09-CV-2355 (JFB)(AKT)**</u>

Dear Magistrate Judge Tomlinson:

    This firm represents plaintiffs Qureshi in this matter.  We write this joint letter with the consent and agreement of counsel for defendant.

    The parties have been discussing settlement; however, believe that a mediation/settlement conference might be beneficial.  In light of the location of the parties, we request that a mediation be scheduled at the Court in Brooklyn.

    The parties also respectfully request that the scheduling order be adjusted to provide time to conduct any such mediation.

    We thank Your Honor for your courtesies.

                            Respectfully,

                            RUBIN, FIORELLA & FRIEDMAN LLP

                            *Michael E. Stern*

cc:    William Fennell, Esq. (via ECF)